[No. 29164-9-II.   Division Two.   December 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BETH CHARLENE
SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 02-1-00104-9, Jill Johanson, J., entered July
31, 2002. *Affirmed* by unpublished opinion per Hough-
ton, J., concurred in by Quinn-Brintnall, A.C.J., and
Bridgewater, J.

[No. 29323-4-II.   Division Two.   December 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS L. FARRON,
*Appellant*.

Appeal from a judgment of the Superior Court for Jef-
ferson County, No. 96-1-00105-3, Richard Shaneyfelt, J. Pro
Tem., entered September 16, 2002. *Reversed* by unpub-
lished opinion per Seinfeld, J., concurred in by Houghton,
J.; Hunt, C.J., dissenting.

[No. 29666-7-II.   Division Two.   December 23, 2003.]

WASHINGTON CEDAR AND SUPPLY CO., INC., *Appellant*, v. THE
DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

The unpublished opinion in this cause was *withdrawn* by
order of the Court of Appeals dated January 28, 2004.
Substitute opinion filed. Now published in part at 119 Wn.
App. 906.

[No. 30254-3-II.   Division Two.   December 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA S.
MARTINELL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason
County, No. 02-1-00188-2, James B. Sawyer II, J., entered
March 27, 2003. *Reversed* by unpublished opinion per
Quinn-Brintnall, A.C.J., concurred in by Houghton and
Bridgewater, JJ.